# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00659-CR

---

**Alan Josep Mury, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 66,166, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Alan Josep Mury seeks to appeal the trial court's order denying his motion for post-conviction forensic DNA testing. *See* Tex. Code Crim. Proc. arts. 64.03, .05. The order was file-stamped on October 15, 2021 and signed on October 21, 2021. As such, the deadline for perfecting the appeal was November 22, 2021.[1] *See* Tex. R. App. P. 26.2(a)(1); *see also State v. Wachtendorf*, 475 S.W.3d 895, 900 (Tex. Crim. App. 2015) (noting that principle that "the notice-of-appeal period begins with the trial court's signing of the appealable order" has been "ingrained in the law" for twenty-five years). Mury did not request an extension of time for filing the notice of appeal. *See* Tex. R. App. P. 26.3. He avers that he mailed the notice on November 24, 2021, and it was therefore untimely. Consequently, we lack

---

[1] The statutory thirty-day period for filing a notice of appeal expired on Saturday, November 20, 2021. However, because the last day of the period fell on a Saturday, the period extended to the end of the following Monday. *See* Tex. R. App. P. 4.1(a).

jurisdiction to entertain the appeal and must dismiss it for want of jurisdiction. *See Torres v. State*, 575 S.W.3d 540, 541 (Tex. Crim. App. 2019); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed:   January 6, 2022

Do Not Publish